IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA

v.   Criminal No. 6:17CR60014-001

TODD MCDONALD

## FINAL ORDER OF FORFEITURE

On October 10, 2017, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 25). In the Preliminary Order of Forfeiture, a .22 cal. Rifle (no serial number) was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1). On July 16, 2018, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was August 13, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the Plea Agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on October 10, 2017, shall become final at this time.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

Page 1 of 1

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Aug 19, 2019
OFFICE OF THE CLERK